ACCEPTED
01-13-00347-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 4:38:27 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-13-00347-CV

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 4:38:27 PM
CHRISTOPHER A. PRINE
Clerk

## KILGORE EXPLORATION INC., Appellant.

## v.

## APACHE CORPORATION, Appellee.

### Appeal From Cause No. 2010-20264
### In the 333rd Judicial District Court of Harris County, Texas

## APPELLANT'S OPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR EN BANC RECONSIDERATION

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P**.
Kathleen Cynthia Pickett
State Bar No. 15980500
*cpickett@drhrlaw.com*
N. Kimberly Hoesl
State Bar No. 24040540
*khoesl@drhrlaw.com*

440 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 228-5100 (Tel.)
(713) 228-6138 (Fax)

*Attorneys for Appellant,*
*Kilgore Exploration Inc*.

**March 9, 2015**

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellant Kilgore Exploration, Inc. ("Kilgore") files this Opposed Motion to Extend Time to File a Motion for En Banc Reconsideration, and would respectfully show this Court the following:

1.      This Court issued its judgment in this appeal on February 5, 2015.

2.      Kilgore's deadline to file a motion for rehearing or a motion for en banc reconsideration was February 20, 2015.  *See* TEX. R. APP. P. 49.7.

3.      Under Texas Rule of Appellate Procedure 49.8, Kilgore respectfully requests an extension of that deadline to March 9, 2015.  Kilgore attaches as Exhibit A its Motion for En Banc Reconsideration to be filed upon the granting of this motion to extend time.

4.      Kilgore requests this extension because counsel was unable to confer with its client representatives in time to meet the February 20, 2015 deadline because those representatives are residents of Australia.  Simply arranging real-time communications with that side of the world is logistically difficult because they are approximately fourteen hours ahead of Houston time, so they were asleep when counsel was awake and vice versa.  In addition, the client representatives travelled extensively, which made communications that much more difficult to arrange.

5.      This extension is not sought for delay but so that justice may be done.

6.    This is Kilgore's first request for an extension of time to file a motion for en banc reconsideration.

7.    As set forth in the Certificate of Conference below, Appellee Apache Corporation does oppose this motion to extend time.

8.    Appellant Kilgore Exploration, Inc. prays that this motion be granted and that the time for filing a motion for en banc reconsideration be extended to March 9, 2015, the date Kilgore filed its motion, attached as Exhibit A.

Respectfully submitted,

**DOYLE, RESTREPO, HARVIN**
  **& ROBBINS, L.L.P.**

By:_/s/ N. Kimberly Hoesl_____
    Kathleen Cynthia Pickett
    State Bar No. 15980500
    cpickett@drhrlaw.com

    N. Kimberly Hoesl
    State Bar No. 24040540
    khoesl@drhrlaw.com

    440 Louisiana St., Suite 2300
    Houston, Texas  77002
    (713) 228-5100 (telephone)
    (713) 228-6138 (facsimile)

    *Attorneys for Appellant*
    *Kilgore Exploration, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Appellant's Motion to Extend Time to File Motion for En Banc Reconsideration was delivered to all counsel of record by the method indicated below on March 9, 2015.

Kenneth P. Held
SCHIFFER ODOM HICKS AND JOHNSON PLLC
700 Louisiana St., Suite 1200
Houston, Texas 77002
Phone: (713) 357-5150
Facsimile: (713) 357-5160

by    X   Electronic filing service
       X   Certified Mail, Return Receipt Requested

Christopher Barnes
Apache Corporation
2000 Post Oak Blvd., Suite 100
Houston, Texas 77056
Phone: (713) 296-6511
Facsimile: (713) 296-6481

by    X   Electronic filing service
       X   Certified Mail, Return Receipt Requested

*Attorneys for Appellee Apache Corporation*

/s/ N. Kimberly Hoesl
N. Kimberly Hoesl

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this Appellant's Motion to Extend Time to File Motion for En Banc Reconsideration contains 292 words (excluding the caption, identity of parties and counsel, statement regarding oral argument, table of contents, table of authorities, statement of the case, statement of issues presented, signature, certificates of compliance and service, and appendix).  This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text, except for footnotes, which are in 12-point typeface.  In making this certificate of compliance, I am relying on the word count provided by the software used to prepare this document.

/s/ N. Kimberly Hoesl
N. Kimberly Hoesl


## CERTIFICATE OF CONFERENCE

I hereby certify that on March 9, 2015, I conferred with Kenneth Held, counsel for Appellee Apache Corporation, and he informed me that Appellee opposes the relief sought in this motion.

/s/ N. Kimberly Hoesl
N. Kimberly Hoesl